AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JANIE DOE, a minor child, by and thorugh M.B. and S.B., her Parents and Natural Guardians, and Individually,<br><br>*Plaintiff(s)*<br><br>v.<br><br>PLAM BEACH COUNTY SCHOOL BOARD a/k/a SCHOOL DISTRICT OF PALM BEACH COUNTY, and DAX RANKINE, Individually,<br><br>*Defendant(s)* | Civil Action No. 9:24-cv-81355-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* School Board of Palm Beach County, Florida by serving:
(a) On the president, mayor, chair, or other threadof; and in his or her absence;
(b) On the vice president, vice mayor, or vice chair, or in the absence of all the above;
(c) On any memeber of the governing board, council, or commission

3300 Forest Hill Boulevard
West Palm Beach, FL 33406

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc A. Wites, Esquire
Wites & Rogers
4400 North Federal Highway
Lighthouse Point, FL 33064
(954) 933-4400
pleadings@witeslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Oct 30, 2024

Angela E. Noble
Clerk of Court

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JANIE DOE, a minor child, by and thorugh M.B. and S.B., her Parents and Natural Guardians, and Individually, <br><br> *Plaintiff(s)* <br><br> v. <br><br> PLAM BEACH COUNTY SCHOOL BOARD a/k/a SCHOOL DISTRICT OF PALM BEACH COUNTY, and DAX RANKINE, Individually, <br><br> *Defendant(s)* | Civil Action No. 9:24-cv-81355-RLR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Dax Rankine, Individually
7864 Sonoma Springs Circle, Apt. 103
Lake Worth, FL 33463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc A. Wites, Esquire
Wites & Rogers
4400 North Federal Highway
Lighthouse Point, FL 33064
(954) 933-4400
pleadings@witeslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Oct 30, 2024

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court