IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   24-CV-81355-RLR

JANIE DOE, a minor child, by and through
M.B. and S.B., her Parents and Natural Guardians,
and Individually,

    Plaintiffs,

v.

PALM BEACH COUNTY SCHOOL BOARD a/k/a
SCHOOL DISTRICT OF PALM BEACH COUNTY,
and DAX RANKINE, Individually,

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Charles D. Thomas, Esq., of Thompson & Thomas, PA, and files this appearance as attorney for the Defendant, DAX RANKINE in the above styled matter.

> Thompson & Thomas, PA
> 1801 Indian Road, Suite 100
> West Palm Beach, FL 33409
> (561) 651-4150 - Telephone
> (561) 651-4151 - Facsimile
> Lawyers@TNTlegal.com
> Attorney for Defendant, Dax Rankine
>
>   /s/Charles D. Thomas_____
> Charles D. Thomas, Esq.
> Florida Bar No.:   190896

**Certificate of Service**

It is hereby certified that on the 20th day of November, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specific, either via transmission of Notice of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

s/ Charles D. Thomas
Thompson & Thomas, P.A.
1801 Indian Road, Suite 100
West Palm Beach, FL 33409
(561) 651-4150 - Telephone
(561) 651-4151 - Facsimile
Attorney for Defendant, Dax Rankine
Lawyers@tntlegal.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   24-CV-81355-RLR

SERVICE LIST

Marc A. Wites, Esq.
Florida Bar:   24783
Wites & Rogers, PA
4400 N. Federal Highway
Lighthouse Point, FL 33064
(954) 570-8989 – Telephone
mwites@witeslaw.com
Counsel for Plaintiffs

Charles D. Thomas, Esq.
Florida Bar:   190896
Thompson & Thomas, PA
1801 Indian Road, Suite 100
West Palm Beach, FL 33409
(561) 651-4150 – Telephone
Lawyers@tntlegal.com
Service@tntlegal.com
Counsel for Defendant, Dax Rankine