IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JANIE DOE, a minor child, by and through
M.B. and S.B., her Parents and Natural Guardians,
and individually,

    Plaintiff,                                 Civil Action No.: 9:24-cv-81355-RLR

vs.

PALM BEACH COUNTY SCHOOL BOARD a/k/a
SCHOOL DISTRICT OF PALM BEACH COUNTY,
and DAX RANKINE, Individually,

    Defendants.
_____/

## NOTICE OF FILING

Plaintiff, JANIE DOE, a minor child, by and through M.B. and S.B., her Parents and Natural Guardians, and individually, hereby files the attached Return of Service. The named Defendant, DAX RANKINE, was served on November 6, 2024

Dated: November 27, 2024.

                                                     Respectfully submitted,

                                                     **WITES & ROGERS, P.A.**
                                                     Attorneys for Plaintiff
                                                     4400 N. Federal Highway
                                                     Lighthouse Point, Florida 33064
                                                     954-933-4400
                                                     954-206-0076 (fax)

                                                     By:    */s/ Marc A.Wites*
                                                                 Marc A. Wites
                                                                 Fla. Bar No.: 24783
                                                                 mwites@witeslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email this 27th of November, 2024 on ***counsel for Defendant, Dax Rankine***: Charles D. Thomas, Esq., Thompson & Thomas, P.A., 1801 Indian Road, Suite 100, West Palm Beach, FL 33409, lawyers@tnlegal.com;

*/s/ Marc A. Wites*
Marc A. Wites

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 9:24-CV-81355.RLR

Plaintiff:
**JANIE DOE, A MINRO CHILD BY AND THROUGH M.B. AND S.B., HER PATENTS AND NATURAL GUARDIANS AND INDIVIDUALLY**

vs.

Defendant:
**PALM BEACH COUNTY SCHOOL BOARD A/K/A SCHOOL DISTRICT OF PALM BEACH COUNTY ET AL**



For:
Marc Wites
WITES LAW FIRM
4400 North Federal Hwy
Lighthouse Point, FL 33064

Received by OJF SERVICES, INC. on the 30th day of October, 2024 at 3:15 pm to be served on **DAN RANKINE, 7864 SONOMA SPRINGS CIRCLE, APT. 103, LAKE WORTH, FL 33463**.

I, MARIO CORLETO, do hereby affirm that on the **6th day of November, 2024** at **7:55 am, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **DAN RANKINE** at the address of: **7864 SONOMA SPRINGS CIRCLE, APT. 103, LAKE WORTH, FL 33463** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE COUNTY IN WHICH SERVICE WAS AFFECTED IN ACCORDANCE WITH STATE STATUTE. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**MARIO CORLETO**
CPS # 1055

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2024026122

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a