IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JANIE DOE, a minor child, by and through
M.B. and S.B., her Parents and Natural Guardians,
and individually,

    Plaintiff,                                  Civil Action No.: 9:24-cv-81355-RLR

vs.

PALM BEACH COUNTY SCHOOL BOARD a/k/a
SCHOOL DISTRICT OF PALM BEACH COUNTY,
and DAX RANKINE, Individually,

    Defendants.
_____/

## NOTICE OF FILING

Plaintiff, JANIE DOE, a minor child, by and through M.B. and S.B., her Parents and Natural Guardians, and individually, hereby files the attached Return of Service. The named Defendant, PALM BEACH COUNTY SCHOOL BOARD a/k/a SCHOOL DISTRICT OF PALM BEACH COUNTY, was served on November 14, 2024

Dated: November 27, 2024.

                                            Respectfully submitted,

                                            **WITES & ROGERS, P.A.**
                                            Attorneys for Plaintiff
                                            4400 N. Federal Highway
                                            Lighthouse Point, Florida 33064
                                            954-933-4400
                                            954-206-0076 (fax)

                                            By: ____*/s/ Marc A. Wites*_____
                                                    Marc A. Wites
                                                    Fla. Bar No.: 24783
                                                    mwites@witeslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email this 27th of November, 2024 on *counsel for Defendant, Dax Rankine*: Charles D. Thomas, Esq., Thompson & Thomas, P.A., 1801 Indian Road, Suite 100, West Palm Beach, FL 33409, lawyers@tnlegal.com;

*/s/ Marc A. Wites*
Marc A. Wites

## <u>RETURN OF SERVICE</u>

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 9:24-CV-81355.RLR

Plaintiff:
**JANIE DOE, A MINRO CHILD BY AND THROUGH M.B. AND S.B., HER PATENTS AND NATURAL GUARDIANS AND INDIVIDUALLY**

vs.

Defendant:
**PALM BEACH COUNTY SCHOOL BOARD A/K/A SCHOOL DISTRICT OF PALM BEACH COUNTY ET AL**



OJF2024027323

For:
Marc Wites
WITES LAW FIRM
4400 North Federal Hwy
Lighthouse Point, FL 33064

Received by OJF SERVICES, INC. on the 30th day of October, 2024 at 2:30 pm to be served on **SCHOOL BOARD OF PALM BEACH COUNTY, 3300 FOREST HILL BLVD, WEST PALM BEACH, FL 33406**.

I, Liz Mills, do hereby affirm that on the **14th day of November, 2024** at **11:50 am, I:**

**GOVERNMENT AGENCY:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Avion Vines** at **3300 FOREST HILL BLVD, WEST PALM BEACH, FL 33406** as **legal assistant** for **SCHOOL BOARD OF PALM BEACH COUNTY**, and informed said person of the contents therein, in compliance with State Statutes

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE COUNTY IN WHICH SERVICE WAS AFFECTED IN ACCORDANCE WITH STATE STATUTE. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

_____
Liz Mills
CPS #890

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2024027323