IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-81355-RLR

JANIE DOE, a minor child, by and through
M.B. and S.B., her Parents and Natural Guardians,
and individually,

    Plaintiff,
vs.

PALM BEACH COUNTY SCHOOL BOARD a/k/a
SCHOOL DISTRICT OF PALM BEACH COUNTY,
and DAX RANKINE, Individually,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

The Parties, including Plaintiff JANIE DOE, a minor child, by and through M.B. and S.B., her Parents and Natural Guardians, and individually, PALM BEACH COUNTY SCHOOL BOARD a/k/a SCHOOL DISTRICT OF PALM BEACH COUNTY, and DAX RANKINE, Individually, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the dismissal of this action without prejudice, with each party to bear their own fees and costs.

| | |
|---|---|
| **WITES & ROGERS**<br>4400 North Federal Highway<br>Lighthouse Point, FL  33064<br>954-933-4400/954-354-0205 (fax)<br><br>By: */s/ Marc A. Wites*<br>    MARC A. WITES<br>    Fla. Bar No. 24783<br>    mwites@witeslaw.com<br><br>Attorney for Plaintiff | **THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA**<br>3300 Forest Hill Blvd., Suite C-331<br>West Palm Beach, FL 33406<br>Telephone: 561-434-7453/Fax: 561-434-8105<br>By: */s/ Eric Bell*<br>    J. ERIK BELL<br>    Fla. Bar No.<br>    jon.bell@palmbeachschools.org<br><br>*Attorney for Co-Defendant The School Board of Palm Beach County* |
| **THOMPSON & THOMAS P.A.**<br>1801 Indian Road, Suite 100<br>West Palm Beach, FL 33409-4604<br>By: */s/ Charles Dominic Thomas*<br>    CHARLES DOMINIC THOMAS | |

CASE NO.: 24-CV-81355-RLR

| | |
|---|---|
| Fla. Bar No.<br>cthomas@tntlegal.com<br><br>*Attorney for Co-Defendant, Dax Rankine* | |

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above document is being served upon all counsel of record in accordance with the Federal Rules of Civil Procedure on May 14, 2025.

                                  */s/ Marc A. Wites*
                                  MARC A. WITES